HARISTONE REALTIES, INC., Respondent, v. SAM MINSKOFF, Appellant, Impleaded with KEMPSTONE REALTY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHECKER CAB SALES CORPORATION, Appellant, v. DANIEL KETTLER and Others, Defendants, Impleaded with GOLD-KETT HOLDING CORPORATION, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, provided, however, that if the defendant, respondent, is unable to give the exact amount of gasoline, oil and grease furnished to each taxicab as required by items 2, 3 and 4, then in lieu thereof it may state that it is unable to do so. The bill of particulars to be served within thirty days from service of order. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., and Martin, J., dissent.

SARA SIEGEL and All Other Stockholders Similarly Situated v. GENERAL BAKING CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SPOOLAN REALTY CORPORATION v. THEODORE HAEBLER and Others and GNILBE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. The execution under the judgments is stayed pending the granting or final refusal by the Court of Appeals of such leave to appeal. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JULIA KINDGA, as Administratrix, etc., of MICHAEL B. KINDGA, Deceased, v. CHARLES F. NOYES Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK STECKLER v. WARDEN OF CITY PRISON.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE NOSTRO CORPORATION v. CECIL B. WEINGARTEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARGARET G. SMITH and SARAH D. IRVING, Appellants, v. PRINCE PACKING COMPANY and Others, Defendants, Impleaded with JESSIE D. NEILSON, Respondent.— Order modified by striking therefrom the words " within five days after service of this order," contained in the next to the last paragraph of said order and inserting in place thereof the words " on or before the 1st day of March, 1932," and as so modified affirmed, without costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HARRY BURTON, as Trustee in Bankruptcy of YONKERS CONTRACTING Co., INC., Bankrupt, Appellant, v. THE YONKERS NATIONAL BANK AND TRUST COMPANY, Respondent.— Order affirmed with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROBERT A. SKINNER, Respondent, v. MITCHELL SPECIALTY COMPANY, Appellant. — Order so far as appealed from affirmed with ten dollars costs and disbursements, with leave to the defendant to serve an answer to the amended complaint within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.